UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LARRISON,<br><br>  Plaintiff,<br><br>  v.<br><br>OCEAN BEAUTY SEAFOODS, LLC, an Alaska Limited Liability Company, MATTSEN FISHERIES, INC., a Washington Corporation, MATTSEN MANAGEMENT, LLC, a Washington limited liability company, and RETRIEVER TENDER ALASKA, LLC, an Alaska limited liability company,<br><br>  Defendants. | CASE NO.  C20-00906RSM<br><br>ORDER RE: DEFENDANTS'<br>MOTION TO STAY PROCEEDINGS |

This matter comes before the Court on Defendants Ocean Beauty Seafoods, LLC, Retriever Tender Alaska, and Mattsen Management, LLC's motion entitled "joint stipulation for stay of proceedings." Dkt. #27.  Defendants advise that "Mr. Larrison's attorney, Greg Bunnell, is no longer representing Mr. Larrison.  Oregon State Bar Association is presently in search of a new attorney to represent Mr. Larrison." *Id.* at 1.  Neither Plaintiff nor Plaintiff's counsel has provided any information on this matter.

Plaintiff's counsel cannot withdraw from this case without leave of the Court.  *See* LCR 83.2(b).  Defendants' stipulation is insufficient to request leave to withdraw on behalf of

ORDER RE: DEFENDANTS' MOTION FOR STAY OF
PROCEEDINGS -- 1

Plaintiff's counsel. For that reason, the Court defers ruling on Defendants' motion to stay the case until Mr. Larrison and/or his counsel have updated the Court on this matter.

Accordingly, the Court hereby finds and ORDERS:

(1) Plaintiff is directed to update the Court with the status of his legal representation in this matter, or to retain new counsel within **thirty (30) days** from the date of this Order.

(2) Because Plaintiff has not updated the Court with a current address or contact information, Defendants are directed to serve a copy of this Order on Plaintiff.

DATED this 13th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE: DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS -- 2