| | |
|---|---|
| | HONORABLE RICARDO MARTINEZ |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RICHARD LARRISON,<br><br>　　　　　Plaintiff,<br>vs.<br><br>OCEAN BEAUTY SEAFOODS, LLC, an Alaska limited liability company, MATTSEN MANAGEMENT, LLC, a Washington limited liability company, RETRIEVER TENDER ALASKA, LLC, an Alaska limited liability company,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00906-RSM<br><br>**ORDER DISMISSING DEFENDANT MATTSEN MANAGEMENT, LLC. WITH PREJUDICE** |

The Court having reviewed a motion submitted by plaintiff and defendant Mattsen Management, LLC that Mattsen Management, LLC, only, be dismissed from this action with prejudice and without costs to any party. The Court has reviewed all papers submitted in support of and in opposition to said motion, having reviewed the entirety of the file herein and being apprised of the premises, it is hereby,

ORDER, ADJUDGED and DECREED, that defendant, Mattsen Management, LLC, is dismissed from this case with prejudice and without costs to either party. The clerk is directed to revise the case caption.

**ORDER DISMISSING MATTSEN MANAGEMENT - 1**
**CASE NO. 2:20-CV-00906-RSM**

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

DATED this 13th day of May, 2021.

							RICARDO S. MARTINEZ
							CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

LAW OFFICE OF JOHN MERRIAM

*/s/ John Merriam*
John Merriam, WSBA# 12749
Attorney for Plaintiff


HOLMES, WEDDLE & BARCOTT, P.C.
Of Attorneys for Mattsen Management, LLC


*/s/ Svetlana Spivak*
Svetlana Spivak, WSBA#30478

**ORDER DISMISSING MATTSEN MANAGEMENT - 2**
**CASE NO. 2:20-CV-00906-RSM**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**