HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RICHARD LARRISON,<br><br>        Plaintiff,<br>vs.<br><br>OCEAN BEAUTY SEAFOODS, LLC, an Alaska limited liability company, RETRIEVER TENDER ALASKA, LLC, an Alaska limited liability company,<br><br>        Defendant. | Case No. 2:20-cv-00906-RSM<br><br>**STIPULATED MOTION TO RESET TRIAL AND RELATED DATES**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**MARCH 24, 2022** |

      COME now the parties, represented by their respective counsel of record, to move the Court as follows:

      Trial in this case is currently set for April 25, 2022.  Some pre-trial deadlines have already passed.  The parties are unable to engage in meaningful alternate dispute resolution or preparation of a pre-trial order because presently pending before the Court is defendants' motion to dismiss this case. Should the Court grant said motion, pre-trial preparation obviously will not be necessary.  Should the Court deny the pending motion for dismissal, the parties will better understand their respective positions for trial preparation and possible settlement negotiations.  For this reason, the parties request that the trial date and all pre-trial deadlines be continued for 30 days *after* the date upon which the Court rules on the defendants' dismissal motion.

| | |
|---|---|
| STIPULATED MOTION TO RESET TRIAL AND RELATED DATES - 1<br>CASE NO. 2:20-CV-00906-RSM | **JOHN W. MERRIAM**<br>4005 20th Avenue West, Suite 110<br>Seattle, Washington  98199<br>T (206) 729-5252 ♦ F (206) 729-1012 |

1   Respectively submitted this 24th day of March 2022.

2

3   /s/John W. Merriam
    John W. Merriam, WSBA# 12749
4   4005 20th Ave West, Suite 110
    Seattle, WA 98199
5   Ph: 206-729-5253
    Em: john@merriam-maritimelaw.com
6   Attorney for Plaintiff

7

    /s/ Robert D. Sykes
8   Robert D. Sykes, WSBA# 49635
    Bauer Moynihan & Johnson, LLP
9   2101 Fourht Avenue, Suite 2400
    Seattle, WA 98121
10  Ph: 206-905-3216
    Em: rsykes@bmjlaw.com
11  Attorney for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

**STIPULATED MOTION TO RESET TRIAL AND RELATED DATES - 2**
CASE NO. 2:20-CV-00906-RSM

**JOHN W. MERRIAM**
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012

# ORDER

Based upon the foregoing stipulated motion of the parties, the trial date in this case is continued to **Monday, September 26, 2022**. The clerk is directed to adjust pre-trial deadlines accordingly.

DATED this 25th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ John W. Merriam
John W. Merriam, WSBA# 12749
4005 20th Ave West, Suite 110
Seattle, WA 98199
Ph: 206-729-5253
Em: john@merriam-maritimelaw.com
Attorney for Plaintiff

/s/ Robert D. Sykes
Robert D. Sykes, WSBA#49635
Bauer Moynihan & Johnson, LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Ph: 206-905-3216
Em: rsykes@bmjlaw.com
Attorney for Defendants

STIPULATED MOTION TO RESET TRIAL AND RELATED DATES - 3
CASE NO. 2:20-CV-00906-RSM

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012