HONORABLE RICARDO MARTINEZ

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7

RICHARD LARRISON,

Case No. 2:20-cv-00906-RSM

8

Plaintiff,

**SECOND STIPULATED MOTION AND
ORDER TO RESET TRIAL AND
RELATED DATES**

vs.

9

OCEAN BEAUTY SEAFOODS, LLC, an
Alaska limited liability company, RETRIEVER
TENDER ALASKA, LLC, an Alaska limited
liability company,

10
11

**NOTE ON MOTION CALENDAR:**

**AUGUST 26, 2022**

12

Defendant.

13
14

COME now the parties, represented by their respective counsel of record, to move the

Court as follows:

15
16

Trial in this case is currently set for September 26, 2022.  Some pre-trial deadlines have

already passed.  The parties are unable to engage in meaningful alternate dispute resolution or

17
18

preparation of a pre-trial order because presently pending before the Court is defendants' motion

to dismiss this case. Dkt. 42. Should the Court grant said motion, pre-trial preparation obviously

19
20

will  not be necessary.  Should the Court deny the pending motion for dismissal, the parties will

better understand their respective positions for trial preparation and possible settlement

21
22

negotiations.  For this reason, the parties request that the trial date and all pre-trial deadlines be

23

**SECOND STIPULATED MOTION AND ORDER TO RESET TRIAL AND
RELATED DATES - 1
CASE NO. 2:20-CV-00906-RSM**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington  98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

continued for 60 days *after* the date upon which the Court rules on the defendants' dismissal motion.

Respectively submitted this 26th day of August, 2022.

/s/John W. Merriam
John W. Merriam, WSBA# 12749
4005 20th Ave West, Suite 110
Seattle, WA 98199
Ph: 206-729-5253
Em: john@merriam-maritimelaw.com
Attorney for Plaintiff

/s/ Donald Maclean
Donald Maclean, WSBA# 24158
Bauer Moynihan & Johnson, LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Ph: 206-905-3216
Em: rsykes@bmjlaw.com
Attorney for Defendants

SECOND STIPULATED MOTION AND ORDER TO RESET TRIAL AND
RELATED DATES - 2
CASE NO. 2:20-CV-00906-RSM

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012

1

2                                    **ORDER**

3

4          Based upon the foregoing stipulated motion of the parties, the trial date in this case is

5   continued to February 6, 2023.  The clerk is directed to adjust pre-trial deadlines accordingly.

6

7          DATED this 31st day of August, 2022.

8

9

10                                      _____
                                        RICARDO S. MARTINEZ
11                                      CHIEF UNITED STATES DISTRICT JUDGE

12

13

14  Presented by:

15  /s/ John W. Merriam
    John W. Merriam, WSBA# 12749
16  4005 20th Ave West, Suite 110
    Seattle, WA 98199
17  Ph: 206-729-5253
    Em: john@merriam-maritimelaw.com
18  Attorney for Plaintiff

19
    /s/ Donald K. McLean
20  Donald K. McLean, WSBA#24158
    Bauer Moynihan & Johnson, LLP
21  2101 Fourth Avenue, Suite 2400
    Seattle, WA 98121
22  Ph: 206-905-3216
    Em: rsykes@bmjlaw.com
23  Attorney for Defendants

**SECOND STIPULATED MOTION AND ORDER TO RESET TRIAL AND
RELATED DATES - 3**
**CASE NO. 2:20-CV-00906-RSM**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington  98199**
**T (206) 729-5252 ♦ F (206) 729-1012**